524

SUTTON & HUSNEY *v*. UNITED STATES

No. 5008.—Invoice dated Shanghai, China, October 28, 1939.
Entered at New York December 1, 1939.
Entry No. 759557.

(Decided September 25, 1940)

*Siegel & Mandell* for the plaintiffs.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: This appeal to reappraisement has been submitted for decision upon the following stipulation:

That the market value or price at the time of exportation of the merchandise involved herein, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of China, for exportation to the United States, in the usual wholesale quantities and in the ordinary course of trade, including the cost of all containers and coverings of whatever nature, and all other costs, charges and expenses incident to placing the merchandise in condition packed ready for shipment to the United States is the appraised value thereof, less the amount added under duress.

Accepting this stipulation as a statement of fact I find and hold the proper dutiable export value of the merchandise covered by said appeal to be the value found by the appraiser, less any amount added under duress. Judgment will be rendered accordingly.